

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LINDA SMITH, | § | No. 08-14-00317-CV |
| APPELLANT, | § | Appeal from the |
| V. | § | 388th District Court |
| JOHN BURT, | § | of El Paso County, Texas |
| APPELLEE. | § | (TC# 89-11455) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismiss for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.